


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed August 20, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Higher Ground Education, Inc., *et al.*,[1] | § | Case No.: 25-80121-11 (MVL) |
| | § | |
| Debtor. | § | (Jointly Administered) |

### ORDER (I) APPROVING A SETTLEMENT AGREEMENT WITH PLAINTIFFS IN CERTAIN LITIGATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 AND (II) GRANTING RELATED RELIEF

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are: Higher Ground Education Inc. (7265); Guidepost A LLC (8540); Prepared Montessorian LLC (6181); Terra Firma Services LLC (6999); Guidepost Birmingham LLC (2397); Guidepost Bradley Hills LLC (2058); Guidepost Branchburg LLC (0494); Guidepost Carmel LLC (4060); Guidepost FIC B LLC (8609); Guidepost FIC C LLC (1518); Guidepost Goodyear LLC (1363); Guidepost Las Colinas LLC (9767); Guidepost Leawood LLC (3453); Guidepost Muirfield Village LLC (1889); Guidepost Richardson LLC (7111); Guidepost South Riding LLC (2403); Guidepost St Robert LLC (5136); Guidepost The Woodlands LLC (6101); Guidepost Walled Lake LLC (9118); HGE FIC D LLC (6499); HGE FIC E LLC (0056); HGE FIC F LLC (8861); HGE FIC G LLC (5500); HGE FIC H LLC (8817); HGE FIC I LLC (1138); HGE FIC K LLC (8558); HGE FIC L LLC (2052); HGE FIC M LLC (8912); HGE FIC N LLC (6774); HGE FIC O LLC (4678); HGE FIC P LLC (1477); HGE FIC Q LLC (3122); HGE FIC R LLC (9661); LePort Emeryville LLC (7324); AltSchool II LLC (0403). The Debtors' mailing address is 1321 Upland Dr. PMB 20442, Houston, Texas 77043.

1

Upon the motion (the "**Motion**")[2] of Higher Ground Education, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for entry of an order (this "**Order**") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), (a) approving the Settlement, and (b) granting related relief, including the lifting of the automatic stay for the limited purpose of obtaining approval of the proposed settlement, all as is more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334; and this Court having determined that this is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having determined that venue of this proceeding in this District is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the Debtors' notice of the Motion and opportunity for a hearing were adequate and appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and the McCarthy Declaration; and this Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Settlement is hereby approved in all respects in accordance with Bankruptcy Rule 9019 and Bankruptcy Code section 105(a), including the releases contained therein.

---

[2] Capitalized terms used but not otherwise defined here shall have the meanings scribed to such terms in the Motion.

3. The automatic stay imposed by section 362 of the Bankruptcy Code be lifted and/or modified so that the parties to the Action can file a consent petition to settle the claims thereto.

4. The Settlement shall be effective upon approval in the trial court (such date, the "**Effective Date**").

5. Once approval is obtained from the trial court of the Action, all required settlement documents are executed and returned, and all required tax identification documents are provided, Insurance Provider will fund the settlement in the amount of $100,000.00.

6. Upon receipt of the Settlement Payment and approval of the trial court, the parties to the Action shall file a stipulated notice of dismissal with prejudice of Plaintiffs' claims against the defendants in the Action on the appropriate dockets.

7. The parties are authorized to enter into, perform, execute, and deliver all documents, and take all actions, necessary to immediately continue and fully implement the Settlement in accordance with the terms, conditions, agreements, and releases set forth or provided for therein, all of which are approved.

8. The Debtors' entry into the Settlement is an exercise of the Debtors' reasonable business judgment.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of (a) such Motion; (b) the terms and conditions of the Settlement; and (c) the hearing to approve the Settlement Agreement, and that the requirements of Bankruptcy Rules 2002 and 6004(a), and the Local Rules, are satisfied by such notice.

10. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

11. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**# # # END OF ORDER # # #**

4898-1193-8643.4

Submitted by:

*/s/ Holland N. O'Neil*
Holland N. O'Neil (TX 14864700)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com

-and-

Timothy C. Mohan (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
1144 15th Street, Suite 2200
Denver, CO 80202
Telephone: (720) 437-2000
Facsimile: (720) 437-2200
tmohan@foley.com

-and-

Nora J. McGuffey (TX 24121000)
Quynh-Nhu Truong (TX 24137253)
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
nora.mcguffey@foley.com
qtruong@foley.com

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

5