Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967
Meredyth A. Kippes
for the United States Trustee
meredyth.kippes@usdoj.gov

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   25-80121-mvl-11 |
| | § | |
| **HIGHER GROUND EDUCATION, INC.,** | § | (Jointly Administered) |
| **et al.,** | § | |
| | § | Chapter 11 |
| *Debtors-in-Possession*. | § | |

**MOTION OF THE UNITED STATES TRUSTEE FOR A STAY OF HEARING ON DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) CONDITIONALLY APPROVING THE DISCLOSURE STATEMENT (II) SCHEDULING A COMBINED DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION HEARING; (III) ESTABLISHING A PLAN AND DISCLOSURE STATEMENT OBJECTION DEADLINE AND RELATED PROCEDURES; (IV) APPROVING THE SOLICITATION AND NOTICE PROCEDURES; AND (V) GRANTING RELATED RELIED IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States Trustee for Region 6 moves under Fed. R. Bankr. P. 9013, and under all other applicable statutes and rules, for a stay of hearing on *Debtors' Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing; (III) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures; (IV) Approving the Solicitation and Notice Procedures; and (V) Granting Related Relief* (the "Conditional Approval Motion" Docket No. 98) in the above-captioned case.

1.     At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice (the "Department") expired and appropriations to the Department lapsed.

The Department does not know when funding will be restored by Congress.

2. Absent an appropriation or continuing resolution, Department of Justice attorneys and employees, including the United States Trustee and her staff, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice, through the United States Trustee, therefore, requests a stay of the hearing on the Conditional Approval Motion, currently set on October 14, 2025 at 9:30 a.m., until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department, including the United States Trustee Program. The United States Trustee requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5. On October 1, 2025, counsel for the United States Trustee contacted Debtors' counsel via email regarding the relief requested in this motion. Counsel for the Debtors, Tim Mohan, represented to counsel for the United States Trustee to state that the he objects to the relief requested in this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States Trustee hereby moves for a stay of the hearing on the Conditional Approval Motion in the above-captioned case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 1, 2025.                    Respectfully submitted,

                                           LISA L. LAMBERT
                                           UNITED STATES TRUSTEE

                                           */s/ Meredyth A. Kippes*
                                           Meredyth A. Kippes
                                           Trial Attorney
                                           Texas State Bar No. 24007882
                                           Office of the United States Trustee
                                           1100 Commerce Street, Room 976
                                           Dallas, Texas  75242
                                           (214) 767-1079
                                           meredyth.kippes@usdoj.gov

### Certificate of Service

The undersigned counsel certifies that copies of the foregoing document were served on October 1, 2025 via ECF to those parties requesting service via ECF in this case and to the parties listed below via electronic mail.

                                           */s/  Meredyth A. Kippes*
                                           Meredyth A. Kippes

| | |
|---|---|
| Holland N. O'Neil<br>FOLEY & LARDNER LLP<br>2021 McKinney Avenue, Suite 1600<br>Dallas, TX 75201<br>honeil@foley.com | Jason S. Brookner<br>Aaron M. Kaufman<br>Amber M. Carson<br>Emily F. Shanks<br>GRAY REED<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>jbrookner@grayreed.com<br>akaufman@grayreed.com<br>acarson@grayreed.com<br>eshanks@grayreed.com |
| Timothy C. Mohan<br>FOLEY & LARDNER LLP<br>1144 15th Street, Suite 2200<br>Denver, CO 80202<br>tmohan@foley.com | |
| Nora J. McGuffey<br>Quynh-Nhu Truong<br>FOLEY & LARDNER LLP<br>1000 Louisiana Street, Suite 2000<br>Houston, TX 77002<br>nora.mcguffey@foley.com<br>qtruong@foley.com | |