| | | |
|---|---|---|
| Holland N. O'Neil (TX 14864700) | Timothy C. Mohan | Nora J. McGuffey (TX 24121000) |
| Thomas C. Scannell (TX 24070559) | (admitted *pro hac vice*) | Quynh-Nhu Truong (TX 24137253) |
| **FOLEY & LARDNER LLP** | **FOLEY & LARDNER LLP** | **FOLEY & LARDNER LLP** |
| 2021 McKinney Avenue, Suite 1600 | 1144 15th Street, Suite 2200 | 1000 Louisiana Street, Suite 2000 |
| Dallas, TX 75201 | Denver, CO 80202 | Houston, TX 77002 |
| Telephone: (214) 999-3000 | Telephone: (720) 437-2000 | Telephone: (713) 276-5500 |
| Facsimile: (214) 999-4667 | Facsimile: (720) 437-2200 | Facsimile: (713) 276-5555 |
| honeil@foley.com | tmohan@foley.com | nora.mcguffey@foley.com |
| tscannell@foley.com | | qtruong@foley.com |

**COUNSEL TO DEBTORS AND
DEBTORS IN POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Higher Ground Education, Inc., *et al.*,[1] | § | Case No.: 25-80121-11 (MVL) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF AN ORDER (I) APPROVING THE DEBTORS' DISCLOSURE STATEMENT AND (II) CONFIRMING THE MODIFIED SECOND AMENDED JOINT PLAN OF REORGANIZATION OF HIGHER GROUND EDUCATION, INC., ITS AFFILIATED DEBTORS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

  **PLEASE TAKE NOTICE** that on November 26, 2025, the Honorable Michelle V. Larson, United State Bankruptcy Judge for the United Stated Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**") entered the *Order (I) Approving the Debtors' Disclosure Statement and (II) Confirming the Modified Second Amended Joint Plan of Reorganization of Higher Ground Education, Inc., Its Affiliated Debtors, and the Official Committee of Unsecured Creditors* [Docket No. 708] (the "**Confirmation Order**"), confirming

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal identification number, are: Higher Ground Education Inc. (7265); Guidepost A LLC (8540); Prepared Montessorian LLC (6181); Terra Firma Services LLC (6999); Guidepost Birmingham LLC (2397); Guidepost Bradley Hills LLC (2058); Guidepost Branchburg LLC (0494); Guidepost Carmel LLC (4060); Guidepost FIC B LLC (8609); Guidepost FIC C LLC (1518); Guidepost Goodyear LLC (1363); Guidepost Las Colinas LLC (9767); Guidepost Leawood LLC (3453); Guidepost Muirfield Village LLC (1889); Guidepost Richardson LLC (7111); Guidepost South Riding LLC (2403); Guidepost St Robert LLC (5136); Guidepost The Woodlands LLC (6101); Guidepost Walled Lake LLC (9118); HGE FIC D LLC (6499); HGE FIC E LLC (0056); HGE FIC F LLC (8861); HGE FIC G LLC (5500); HGE FIC H LLC (8817); HGE FIC I LLC (1138); HGE FIC K LLC (8558); HGE FIC L LLC (2052); HGE FIC M LLC (8912); HGE FIC N LLC (6774); HGE FIC O LLC (4678); HGE FIC P LLC (1477); HGE FIC Q LLC (3122); HGE FIC R LLC (9661); LePort Emeryville LLC (7324); AltSchool II LLC (0403). The Debtors' mailing address is 1321 Upland Dr. PMB 20442, Houston, Texas 77043.

the *Modified Second Amended Joint Plan of Reorganization of Higher Ground Education, Inc., Its Affiliated Debtors, and the Official Committee of Unsecured Creditors* [Docket No. 649] (as amended, restated, supplemented, revised, or otherwise modified, the "**Plan**")[2] of the above-captioned debtors and debtors in possession (the "**Debtors**").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **December 16, 2025**. Each of the conditions precedent to consummation enumerated in Article 11 of the Plan have been satisfied or waived in accordance with the Plan and Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article 10 of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, Reorganized HGE, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Claims (other than Professional Fee Claims) shall be **5:00 p.m. prevailing Central Time on January 15, 2026 (*i.e.*, thirty (30) days after the Effective Date)**, unless otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts and/or Unexpired Leases, pursuant to the Plan or Confirmation Order, if any, must be Filed with the Bankruptcy Court **by the later of thirty (30) days from** (i) the date of entry of an order of the Bankruptcy Court approving such rejection, (ii) the effective date of the rejection of such Executory Contract or Unexpired Lease, and (iii) the Effective Date. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease pursuant to the Plan and Confirmation Order that are not timely Filed will be disallowed automatically, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, Reorganized HGE, or any of their respective assets and properties.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Confirmation Order, all final requests for payment of Professional Fee Claims shall be filed no later than **5:00 p.m. prevailing Central Time on February 14, 2026 (*i.e.*, sixty (60) days after the Effective Date)**, unless otherwise ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order are available for inspection. If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact Kurtzman Carson Consultants LLC dba Verita Global, the notice, claims, and

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

solicitation agent retained by the Debtors in these Chapter 11 Cases, by: (a) calling the Debtors' restructuring hotline at (888) 7331431 (US/Canada toll free) or +1 (310) 751-2632 (international); (b) visiting the Debtors' restructuring website at: https://veritaglobal.net/higherground; or (c) emailing counsel for the Debtors at: Foley & Lardner LLP, 1144 15th Street, Suite 2200, Denver, CO 80202, Attn: Tim Mohan (tmohan@foley.com), and Foley & Lardner LLP, 1000 Louisiana Street, Suite 2000, Houston, Texas 77002, Attn: Nora McGuffey (nora.mcguffey@foley.com) and Quynh-Nhu Truong (qtruong@foley.com).. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: www.txnb.uscourts.gov.

DATED: December 16, 2025                Respectfully submitted by:

*/s/ Holland N. O'Neil*
Holland N. O'Neil (TX 14864700)
Thomas C. Scannell (TX 24070559)
**FOLEY & LARDNER LLP**
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
honeil@foley.com
tscannell@foley.com

-and-

Timothy C. Mohan (admitted *pro hac vice*)
**FOLEY & LARDNER LLP**
1144 15th Street, Suite 2200
Denver, CO 80202
Telephone: (720) 437-2000
Facsimile: (720) 437-2200
tmohan@foley.com

-and-

Nora J. McGuffey (TX 24121000)
Quynh-Nhu Truong (TX 24137253)
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, TX 77002
Telephone: (713) 276-5500
Facsimile: (713) 276-5555
nora.mcguffey@foley.com
qtruong@foley.com

**COUNSEL TO DEBTORS
AND DEBTORS IN POSSESSION**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 16, 2025, a true and correct copy of the foregoing document was served electronically by the Court's PACER system.

             */s/ Nora J. McGuffey*
             Nora J. McGuffey

4930-9523-9804.1