Jason S. Brookner (Texas Bar No. 24033684)
Aaron M. Kaufman (Texas Bar No. 24060067)
Amber M. Carson (Texas Bar No. 24075610)
Emily F. Shanks (Texas Bar No. 24110350)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email:     jbrookner@grayreed.com
           akaufman@grayreed.com
           acarson@grayreed.com
           eshanks@grayreed.com

*Counsel to John P. Madden,*
*Trustee of the HGE Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGHER GROUND EDUCATION, INC., *et al.*, | § | Case No. 25-80121 (MVL) |
| | § | |
| Reorganized Debtors.[1] | § | (Jointly Administered) |
| | § | |

## MOTION FOR ENTRY OF FINAL DECREE
## (I) CLOSING AFFILIATE CHAPTER 11 CASES; (II) MODIFYING
## THE CAPTION OF THE MAIN CASE; AND (III) GRANTING RELATED RELIEF

> **IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE ELECTRONICALLY AT HTTPS://ECF.TXNB.USCOURTS.GOV/ NO MORE THAN TWENTY-FOUR (24) DAYS AFTER THE DATE THIS MOTION WAS FILED. IF YOU DO NOT HAVE ELECTRONIC FILING PRIVILEGES, YOU MUST FILE A WRITTEN OBJECTION THAT IS ACTUALLY RECEIVED BY THE CLERK AND FILED ON THE DOCKET NO MORE THAN TWENTY-FOUR (24) DAYS AFTER THE DATE THIS MOTION WAS FILED. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://www.veritaglobal.net/higherground.  The Reorganized Debtors' service address for these chapter 11 cases is 1321 Upland Dr., PMB 20442, Houston, TX 77043.

John P. Madden, in his capacity as Trustee of the HGE Liquidating Trust (the "Liquidating

Trustee"), respectfully states the following in support of this motion (the "Motion"):[2]

## **Relief Requested**

1.      The Liquidating Trustee seeks entry of an order, substantially in the form attached

hereto as **Exhibit A** (the "Order"):  (a) approving the entry of a final decree closing the Affiliate

Cases (defined below); (b) providing that the chapter 11 case of Higher Ground Education, Inc.,

Case No. 25-80121 (MVL) (the "Main Case"), shall remain open for purposes of resolving the

Remaining Matters (defined below); (c) modifying the caption for the Main Case; and (d) granting

related relief.

## **Jurisdiction and Venue**

2.      This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, and this

is a core matter pursuant to 28 U.S.C. § 157(b).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are section 330 of title 11 of the United

States Code (the "Bankruptcy Code"), rule 2016(a) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules"), rule 2016-1 of the *Local Bankruptcy Rules of the United States*

*Bankruptcy Court for the Northern District of Texas* (the "Local Rules"), Section F of the

*Procedures for Complex Cases in the Northern District of Texas*, and the United States Trustee's

*Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of*

*Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases* (the "UST

Guidelines").

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan and
Confirmation Order (as defined below).

4904-3469-6066

## Background

5.    On June 17, 2025 and June 18, 2025 (collectively, the "Petition Date"), each of the

Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  In addition

to the Main Case, the Debtors commenced chapter 11 cases for the following affiliate debtor

entities (collectively, the "Affiliate Cases"):

| Debtor | Case No. |
|---|---|
| Guidepost A LLC | 25-80122 |
| Prepared Montessorian LLC | 25-80123 |
| Terra Firma Services LLC | 25-80124 |
| Guidepost Birmingham LLC | 25-80125 |
| Guidepost Bradley Hills LLC | 25-80126 |
| Guidepost Branchburg LLC | 25-80127 |
| Guidepost Carmel LLC | 25-80128 |
| Guidepost FIC B LLC | 25-80129 |
| Guidepost FIC C LLC | 25-80130 |
| Guidepost Goodyear LLC | 25-80131 |
| Guidepost Las Colinas L | 25-80132 |
| Guidepost Leawood LLC | 25-80133 |
| Guidepost Muirfield Village LLC | 25-80134 |
| Guidepost Richardson LLC | 25-80135 |
| Guidepost South Riding, LLC | 25-80136 |
| Guidepost St. Robert LLC | 25-80137 |
| Guidepost The Woodlands LLC | 25-80138 |
| Guidepost Walled Lake LLC | 25-80139 |
| HGE FIC D LLC | 25-80140 |
| HGE FIC E LLC | 25-80141 |
| HGE FIC F LLC | 25-80142 |
| HGE FIC G LLC | 25-80143 |
| HGE FIC H LLC | 25-80144 |
| HGE FIC I LLC | 25-80145 |
| HGE FIC K LLC | 25-80146 |
| HGE FIC L LLC | 25-80147 |
| HGE FIC M LLC | 25-80148 |
| HGE FIC N LLC | 25-80149 |
| HGE FIC O LLC | 25-80150 |
| HGE FIC P LLC | 25-80151 |
| HGE FIC Q LLC | 25-80152 |
| HGE FIC R LLC | 25-80153 |
| LePort Emeryville LLC | 25-80154 |
| AltSchool II LLC | 25-80155 |

6.    During these chapter 11 cases, the Debtors operated their businesses and managed

their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.  On July 8, 2025, the United States Trustee for the Northern District of Texas (the "U.S.

Trustee") appointed an Official Committee of Unsecured Creditors (the "Committee"). *See* Docket No. 158. No request for the appointment of a trustee or examiner was made in these chapter 11 cases.

7. On November 20, 2025, the Debtors and the Committee filed the *Modified Second Amended Joint Plan of Reorganization of Higher Ground Education, Inc., Its Affiliated Debtors, and the Official Committee of Unsecured Creditors* [Docket No. 649] (the "Plan"). On November 26, 2025, the Court entered its *Order (I) Approving the Debtors' Disclosure Statement and (II) Confirming the Modified Second Amended Joint Plan of Reorganization of Higher Ground Education, Inc., Its Affiliated Debtors, and the Official Committee of Unsecured Creditors* [Docket No. 707] (the "Confirmation Order"). The Effective Date of the Plan occurred on December 16, 2025. *See* Docket No. 721.

8. The Plan was deemed substantially consummated on the Effective Date, and it provides for the consolidation of the Debtors for purposes of Plan distributions. *See* Plan, arts. 4.17, 11.5; Confirmation Order ¶ 58. Furthermore, on the Effective Date, the HGE Liquidating Trust (the "Liquidating Trust") was formed to receive and administer the Liquidating Trust Assets, including causes of action, and John Madden was appointed as the Liquidating Trustee. *See* Plan, art. 4.3; *see also Notice of Filing of Initial Plan Supplement* [Docket No. 631], Exhibit E, art. 1.1.

9. The primary remaining tasks for the Liquidating Trustee to complete in these chapter 11 cases are: (a) objecting to claims, as necessary; (b) making distributions on allowed claims pursuant to the Plan and the Liquidating Trust Agreement; (c) analyzing, and as applicable, pursuing, the Debtors' Retained Causes of Action; and (d) handling other administrative matters necessary to effectuate the Plan (collectively, the "Remaining Matters"). The Liquidating Trustee believes that the Remaining Matters can be administered efficiently in the Main Case, without the

administrative burden of maintaining over 30 separate claim registers and filing operating reports in each of the Affiliate Cases.  Closing the Affiliate Cases will not substantively or negatively impact any party in interest.

10.    With the exception of the Remaining Matters and the filing of the post-confirmation report required by L.B.R. 3022-1, the Affiliate Cases have been fully administered.

11.    The Liquidating Trustee requests that one docket be maintained for the Main Case and that the case caption be changed as follows:

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| HIGHER GROUND EDUCATION, INC.,[1] | § | Case No. 25-80121 (MVL) |
| | § | |
|     Reorganized Debtor. | § | |
| | § | |

---

[1]    The last four digits of the Reorganized Debtor's federal tax identification number are 7265.  A complete list of each of the Reorganized Debtors whose claims are being administered in this chapter 11 case may be obtained on the website of the Reorganized Debtor's claims and noticing agent at https://www.veritaglobal.net/higherground.

12.    The Liquidating Trustee further requests that a notation be put on the docket in each of the Affiliate Cases as follows: "This case is closed.  For any post-confirmation matters pertaining to this case, please refer to the docket of Higher Ground Education, Inc., Case No. 25-80121."

## Basis for Relief

13.    Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case."  Bankruptcy Rule 3022, which implements sections 350 of the Bankruptcy Code, likewise provides that "[a]fter the estate is fully administered in a Chapter 11 case, the court must, on its own or on a party in interest's motion, enter a final decree closing the case."  Fed. R. Bankr. P. 3022.

14.     The term "fully administered" is not defined in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules.  The Advisory Committee Note to Bankruptcy Rule 3022 (the "<u>Advisory Committee Note</u>"), however, sets forth the following non-exclusive factors to be considered in determining whether a case has been fully administered:

      a.     whether the order confirming the plan has become final;

      b.     whether deposits required by the plan have been distributed;

      c.     whether the property proposed by the plan to be transferred has been transferred;

      d.     whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;

      e.     whether payouts under the plan have commenced; and

      f.     whether all motions, contested matters, and adversary proceedings have been finally resolved.

Fed. R. Bankr. P. 3022 Advisory Committee Note; *see also In re Clayton*, 101 F.3d 697, at *1 (5th Cir. 1996) (unpublished) (noting that "[a]lthough rule 3022 does not define 'fully administered,' the Advisory Committee Notes provide some guidance, listing various factors a court should consider in determining whether an estate has been fully administered."); *In re JCP Props., Ltd.*, 540 B.R. 596, 605 (Bankr. S.D. Tex. 2015) (explaining that "courts have looked to the advisory committee's notes on Bankruptcy Rule 3022's [sic] in seeking guidance as to the meaning of 'fully administered'" and citing cases.").   In addition, courts have considered whether the plan of reorganization has been substantially consummated.  *See, e.g.*, *JCP Props., Ltd.*, 540 B.R. at 605–06.

15.     All of the factors from the Advisory Committee Note do not need to be present before a court enters a final decree.  *See In re Lager*, No. 22-30072 (MVL), 2024 WL 3928157, at *4 (Bankr. N.D. Tex. Aug. 22, 2024) ("The Fifth Circuit has stated that these factors 'merely serve

4904-3469-6066

as a guide, ...each need not be present before the entry of a final decree.'" (quoting *In re Clayton*, 101 F.3d 697 (5th Cir. 1996))); *accord In re SLI, Inc*., No. 02-12608 (WS), 2005 WL 1668396, at *2 (Bankr. D. Del. June 24, 2005) ("[T]hese factors are but a guide in determining whether a case has been fully administered, and not all factors need to be present before the case is closed").

16.     The Advisory Committee Note also indicates that the entry of a final decree "should not be delayed solely because the payments required by the plan have not been completed" and that the Court "should not keep the case open only because of the possibility that the court's jurisdiction may be invoked in the future."  Fed. R. Bankr. P. 3022 Advisory Committee Note (1991); *see also In re Jay Bee Enters., Inc.*, 207 B.R. 536, 538 (Bankr. E.D. Ky. 1997) (finding that Bankruptcy Rule 3022 "does not require that a chapter 11 case be kept open until all awarded fees and allowed claims have been paid in accordance with the confirmed plan or until the statutory fees … have been paid"); *In re JMP-Newcor Int'l, Inc.*, 225 B.R. 462 (Bankr. N.D. Ill. 1998) (entering a final decree despite the fact that debtors still needed to make certain distributions).

17.     Additionally, "a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to § 350(b) of the [Bankruptcy] Code." *Id.*; *see also In re Zips Car Wash, LLC*, No. 25-80069 [Docket No. 613] (Bankr. N.D. Tex. Oct. 20, 2025) (entering a final decree closing subsidiary cases without prejudice to reopening for cause and retaining jurisdiction "to resolve any dispute arising from or related to this Order."); *In re Caremax, Inc.*, 24-80093 [Docket No. 688] (Bankr. N.D. Tex. Feb. 25, 2025) (entering a final decree closing subsidiary cases without prejudice to reopening for cause and retaining "jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order."); *In re Ebix, Inc., et al.*, No. 23-80004 [Docket No. 955] (Bankr. N.D.

Tex. Sept. 6, 2024) (entering a final decree while retaining "jurisdiction to enforce payment of fees

under 28 U.S.C. § 1930(a)(6)(A) and (B)").

18.     Further, courts have found a final decree appropriate to stop the accrual of fees paid

to the U.S. Trustee pursuant to 28 U.S.C. § 1930 ("U.S. Trustee Fees").  *See, e.g.*, *Jay Bee Enters.*,

*Inc.*, 207 B.R. at 539 (concluding that "it seems appropriate to close this case to stop the financial

drain on the debtor" due to the accrual of U.S. Trustee fees).

19.     Here, the Plan has been substantially consummated and only the Remaining Matters

remain outstanding.  The Confirmation Order is final, non-appealable, and currently not subject to

any appeal; the Effective Date has occurred; the Liquidating Trust was created and the Liquidating

Trust Assets have vested in and been transferred to the HGE Liquidating Trust; Guidepost Global

contributed the Guidepost Global Assets to Reorganized HGE; the transfers of executory contracts

and  unexpired leases as contemplated in the Plan have occurred; the Debtors transferred the

Designated EB-5 Entities to Guidepost Global; and the Reorganized HGE Assets have vested in

Reorganized HGE.

20.     Closing the Affiliate Cases while the Remaining Matters are pending will not

prejudice any parties in interest because the Liquidating Trustee will continue to expeditiously

resolve any subsequent issues through the Main Case.  Conversely, leaving the Affiliate Cases

open would impose significant costs on the Estates without a corresponding benefit.  If the Affiliate

Cases are not closed, the Liquidating Trustee will continue to incur U.S. Trustee Fees and

additional professional costs associated with preparing and filing separate post-confirmation

quarterly reports for each of the Affiliate Cases.

21.     Additionally, the Liquidation Trustee submits that modification of the caption of

the Main Case to reflect the closure of the Affiliate Cases and ongoing administration under the

4904-3469-6066

Main Case will promote clarity regarding the status of the cases and is appropriate under the circumstances.

22.    Accordingly, the Liquidating Trustee respectfully submits that the Affiliate Cases should be closed as set forth in the proposed Order.

<u>**Notice**</u>

23.    The Liquidating Trustee will provide notice of this motion to the following parties or their respective counsel: (a) Reorganized HGE, (b) the Office of the United States Trustee for the Northern District of Texas; (c) the holders of the thirty (30) largest unsecured claims against the Debtors (on a consolidated basis); (d) the Debtors' Senior DIP Lender and Plan Sponsor; (e) the Junior DIP Lender; (f) the United States Attorney's Office for the Northern District of Texas; (g) the Internal Revenue Service; (h) the state attorneys general for the states in which the Debtors operated; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Liquidating Trustee respectfully submits that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of page intentionally left blank]*

4904-3469-6066

WHEREFORE, the Liquidating Trustee respectfully requests (a) entry of the Order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and (b) granting such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted this 12th day of January, 2026.

**GRAY REED**

By:  */s/ Jason S. Brookner*
         Jason S. Brookner
         Texas Bar No. 24033684
         Aaron M. Kaufman
         Texas Bar No. 24060067
         Amber M. Carson
         Texas Bar No. 24075610
         Emily F. Shanks
         Texas Bar No. 24110350
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:   (214) 953-1332
Email:       jbrookner@grayreed.com
         akaufman@grayreed.com
         acarson@grayreed.com
         eshanks@grayreed.com

*Counsel to John P. Madden,*
*Trustee of the HGE Liquidating Trust*

**Certificate of Service**

I certify that on January 12, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas and on the parties appearing on the attached service list via electronic mail, where available, and via U.S. First Class Mail where email is unavailable.

*/s/ Jason S. Brookner*
Jason S. Brookner

4904-3469-6066

**Master Service List**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Committee of Unsecured Creditors | 214 E Hallandale Beach, LLC | Brian Bussey, Vice President of Real Estate | 1395 Brickell Avenue, Suite 760 | | | Miami | FL | 33131 | | | brian@fortecnow.com |
| Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | 1700 Redbud Blvd, Ste. 300 | | | McKinney | TX | 75069 | 214-544-4000 | 214-544-4040 | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| State Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | 334-242-7300 | | consumerinterest@Alabamaag.gov |
| State Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | 602-542-5025 | 602-542-4085 | |
| State Attorney General | Arizona Attorney General - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | | | BCEIntake@azag.gov |
| Counsel to Interested Parties Duc Viet Nguyen, Thuy Thi Thu Nguyen, Dixit Kishorkumar Vora and Philip | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Daniel J. Ferretti | 1301 McKinney, Suite 3700 | | | Houston | TX | 77010 | 713-650-9700 | 713-650-9701 | dferretti@bakerdonelson.com |
| Counsel to Federal Way School LLC, Naples School LLC, and Burke School LLC | Bradley Arant Boult Cummings LLP | Jarrod B. Martin | 600 Travis, Suite 5600 | | | Houston | TX | 77002 | 713-576-0388 | 713-576-0301 | jbmartin@bradley.com |
| Interested Party | Byron Adams | | | | | | | | | | byronadams@gmail.com |
| State Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | 916-445-9555 | | |
| Counsel to McKinney TX Associates, LLC | Carter Arnett PLLC | J. Robert Arnett II | 8150 N. Central Expressway, Suite 500 | | | Dallas | TX | 75206 | 214-550-8188 | 214-550-8185 | barnett@carterarnett.com |
| Counsel to Carl B. Barney | Cavazos Hendricks Poirot, P.C. | Charles B. Hendricks | Suite 570, Founders Square | 900 Jackson Street | | Dallas | TX | 75202 | 214-573-7302 | | chuckh@chfirm.com |
| State Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | 860-808-5318 | 860-808-5387 | attorney.general@ct.gov |
| Counsel to YYYYY, LLC and 2HR Learning, Inc. | Cozen O'Connor | Attn: Trevor Hoffman, David Kirchblum | 3WTC | 175 Greenwich Street, 55th Floor | | New York | NY | 10007 | | 212-509-9492 | thoffmann@cozen.com; dkirchblum@cozen.com |
| State Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | 302-577-8338 | | attorney.general@state.de.us |
| Counsel to Ramandeep Girn and Rebecca Girn | Dentons US LLP | Clay M. Taylor, John D. Beck | 100 Crescent Court, Suite 900 | | | Dallas | TX | 75201-1858 | | | clay.taylor@dentons.com; john.beck@dentons.com |
| Counsel to the Debtors and Debtors in Possession | Foley & Lardner LLP | Holland N. O'Neil, Mary M. Rofaeil, Thomas C. Scannell | 2021 McKinney Avenue, Suite 1600 | | | Dallas | TX | 75201 | 214-999-3000; 214-999-4961; 214-999.4289 | 214-999-4667; 214-999-4667 | honell@foley.com; mary.rofaeil@foley.com; tscannell@foley.com |
| Counsel to the Debtors and Debtors in Possession | Foley & Lardner LLP | Nora J. McGuffey, Quynh-Nhu Truong | 1000 Louisiana Street, Suite 2000 | | | Houston | TX | 77002 | 713-276-5500 | 713-276-5555 | nora.mcguffey@foley.com; qtruong@foley.com |
| Counsel to the Debtors and Debtors in Possession | Foley & Lardner LLP | Timothy C. Mohan | 1144 15th Street, Suite 2200 | | | Denver | CO | 80202 | 720-437-2000 | 720-437-2200 | tmohan@foley.com |
| Counsel to Venture Lending & Leasing IX, Inc. and WTI Fund X, Inc. | Fox Rothschild LLP | Jeffrey T. Klugman | 345 California Street, Suite 2200 | | | San Francisco | CA | 94104 | 415-248-1533 | 415-777-4961 | jklugman@foxrothschild.com |
| Counsel to Venture Lending & Leasing IX, Inc. and WTI Fund X, Inc. | Fox Rothschild LLP | Trey A. Monsour | 2501 N. Harwood Street, Suite 1800 | | | Dallas | TX | 75201 | 214-231-5796 | 972-404-0516 | tmonsour@foxrothschild.com |
| Counsel to Yu Capital and the Yu Capital Affiliates | Frost Brown Todd LLP | Rebecca L. Matthews, Esq., Mark A. Platt, Esq | 2101 Cedar Springs Rd. | | | Dallas | TX | 75201 | 214-580-5852 | 214-545.3472 | rmatthews@fbtlaw.com; mplatt@fbtlaw.com |
| Counsel to Cathy Lim | Gibson Herod Law | David Gibson, Reagan R. Herod | 15400 Knoll Trail Dr.,Suite 300 | | | Dallas | TX | 75248 | 817-769-4044 | 817-764-4313 | dgibson@gibsonherod.com; rherod@gibsonherod.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Gray Reed | Jason S. Brookner, Aaron M. Kaufman, Amber M. Carson, Emily F. Shanks, Lydia Webb | 1601 Elm Street, Suite 4600 | | | Dallas | TX | 75201 | 214-954-4135 | 214-953-1332 | jbrookner@grayreed.com; akaufman@grayreed.com; acarson@grayreed.com; eshanks@grayreed.com; lwebb@grayreed.com |
| Counsel to Learn Capital Fund (and all other Learn related entities) | Gunderson Dettmer | Attn: Jordan Murray | 3570 Carmel Mountain Road, Suite 200 | | | San Diego | CA | 92130 | | 877-881-9192 | jmurray@gunder.com |
| Debtors | Higher Ground Education, Inc. | | 1321 Upland Dr. | PMB 20442 | | Houston | TX | 77043 | | | |
| State Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | 208-334-2400 | 208-854-8071 | bankruptcy@ag.idaho.gov |
| State Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | 312-814-3000 | | bankruptcy_notices@ilag.gov |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | 855-235-6787 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | 800-973-0424 | 855-235-6787 | |
| Counsel to Guidepost Global Education, Inc. | Kane Russell Coleman Logan PC | Jason Binford | 401 Congress Avenue, Suite 2100 | | | Austin | TX | 78701 | 214-777-4299; 512-487-6566 | | jbinford@krcl.com |
| Claims and Noticing Agent | KCC dba Verita | Adam J. Gorman | 222 N Pacific Coast Highway, Ste 300 | | | El Segundo | CA | 90245 | 310-823-9000 | | highergroundinfo@veritaglobal.com |
| State Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | 502-696-5300 | | attorney.general@ag.ky.gov |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Don Stecker | 112 E. Pecan Street, Suite 2200 | | | San Antonio | TX | 78205 | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@lgbs.com |
| Counsel to the City of Frisco, Tarrant County, Lewisville ISD, Dallas County and Irving ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 3500 Maple Avenue, Suite 800 | | | Dallas | TX | 75219 | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@lgbs.com |
| Counsel to City of Houston, Houston ISD, Harris Co ESD # 48, Houston Comm Coll , System Montgomery County, Interstate Municipal Utility District and Katy ISD | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | PO Box 3064 | | | Houston | TX | 77253-3064 | 713-844-3400 | 713-844-3503 | houston_bankruptcy@lgbs.com |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box 94005 | | | Baton Rouge | LA | 70804 | 225-326-6079; 225-326-6000 | 225-326-6797; 225-326-6096 | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| State Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | 617-727-2200 | | |
| Counsel to the County of Denton, Texas and the County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, P.C. | Julie Anne Parsons | P.O. Box 1269 | | | Round Rock | TX | 78680-1269 | 512-323-3200 | 512-323-3205 | jparsons@mvbalaw.com |
| Counsel for Quattro Development, LLC, Quattro Menomonee Falls, LLC, and West Palm Beach Education, LLC | Mcguirewoods LLP | Demetra Liggins | Texas Tower | 845 Texas Ave., 24th Floor | | Houston | TX | 77002 | 713-571-9191; 713-353-6661 | 713-571-9652 | dliggins@mcguirewoods.com |
| State Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | 573-751-3321 | 573-751-0774 | attorney.general@ago.mo.gov |
| State Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | 406-444-2026 | 406-444-3549 | contactocp@mt.gov |
| State Attorney General | New Hampshire Attorney | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | 603-271-3658 | 603-271-2110 | attorneygeneral@doj.nh.gov |
| State Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | 609-292-8740 | 609-292-3508 | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| State Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | 505-490-4060 | 505-490-4883 | |
| State Attorney General | New York Attorney General | Office of the Attorney General | The Capitol, 2nd Fl. | | | Albany | NY | 12224-0341 | 518-474-7330 | | letitia.james@ag.ny.gov |
| Counsel to Yu Capital, YuHGE A, YuFIC B, YuATI, NRTC and Yu Capital and the Yu Capital Affiliates | Nixon Peabody LLP | Christopher M. Desiderio, Esq., Morgan Nighan, Esq. | 55 W 46th Street | | | New York | NY | 10036 | 212-940-3000 | 212-940-3111 | cdesiderio@nixonpeabody.com; mnighan@nixonpeabody.com |
| State Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | 919-716-6400 | 919-716-6750 | ncago@ncdoj.gov |
| Counsel to RTS Orchards, LLC | O'Melveny & Myers LLP | Laura Smith | 2801 North Harwood Street, Suite 1600 | | | Dallas | TX | 75201-2692 | 972-360-1900 | | lsmith@omm.com |
| U.S. Trustee for the Northern District of Texas | Office of The United States Trustee | Meredyth A. Kippes | 1100 Commerce Street, Room 976 | | | Dallas | TX | 75242 | 214-767-8967 | 214-767-8971 | meredyth.kippes@usdoj.gov |
| Counsel to Ark Darnestown Properties LLC, Plainsboro Education LLC and BRR Enterprises, Inc. | Offit \| Kurman, P.A. | Bryn H. Sherman, Esq., Stephen Nichols, Esq., Frances C. Wilburn, Esq. | 7501 Wisconsin Avenue, Suite 1000W | | | Bethesda | MD | 20814 | 240-507-1700 | | bsherman@offitkurman.com; fwilburn@offitkurman.com; snichols@offitkurman.com |
| State Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | 513-852-1568 | | Kristin.Radwanick@OhioAGO.gov |
| Interested Party | Optima, Inc. | Tracy Larrison | 7157 E. Rnacho Vista Dr. #109 | | | Scottsdale | AZ | 85251 | | | larrisont@optima.inc |
| State Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | 503-378-4400 | 503-378-4017 | AttorneyGeneral@doj.state.or.us; ORDOJBankruptcyNotices@doj.oregon.gov |
| Counsel to Guidepost Financial Partner, LLC | Pachulski Stang Ziehl & Jones LLP | Michael D. Warner, Esq., Jordan A. Kroop, Esq., Benjamin L. Wallen, Esq. | 700 Louisiana Street, Suite 4500 | | | Houston | TX | 77002 | 713-691-9385 | | mwarner@pszjlaw.com; jkroop@pszjlaw.com; bwallen@pszjlaw.com |
| State Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | 717-787-3391 | 717-787-8242 | info@attorneygeneral.gov |
| Counsel to Richardson ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Elizabeth Banda Calvo | 500 E. Border Street, Suite 640 | | | Arlington | TX | 76010 | 817-461-3344 | 817-860-6509 | ebcalvo@pbfcm.com |
| Counsel to Montgomery County Municipal Utility District # 6 | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | c/o Melissa E. Valdez | 1235 North Loop West, Suite 600 | | | Houston | TX | 77008 | 713-862-1860 | 713-862-1429 | mvaldez@pbfcm.com |
| Top 30 Creditor / Committee of Unsecured Creditors | Pure Tempe Partnership | Michael W. Pure, Managing Partner | 232 Deerfield Rd. | | | Deerfield | IL | 60015 | | | mwpure@gmail.com |
| State Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | 401-274-4400 | 401-222-2995 | ag@riag.ri.gov |
| Counsel to Red Arrow Investments, LLC | Rothchild, Barry & Myers LLP | John D. Silk | 150 S. Wacker Drive, Suite 3025 | | | Chicago | IL | 60606 | | | silk@rbmchicago.com |
| Top 30 Creditor / Committee of Unsecured Creditors | RTS Orchards, LLC | Terry Nugent, Commercial Property Manager | 4831 Calloway Dr. Suite 102 | | | Bakersfield | CA | 93312 | 661-829-5109 | | terry@orovistafarms.com |
| United States Securities and Exchange Commission | SEC Fort Worth Regional Office | Regional Director | 801 Cherry Street, Suite 1900, Unit 18 | | | Fort Worth | TX | 76102 | 817-978-3821 | | dfw@sec.gov |
| United States Securities and Exchange Commission | SEC Headquarters | | 100 F St NE | | | Washington | DC | 20549 | 202-942-8088 | | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel to Kimco Realty Corporation and Twin Star Ventures, LLC | Singer & Levick, P.C. | Michelle E. Shriro, Esq. | 16200 Addison Road, Suite 140 | | | Addison | TX | 75001 | 972-380-5533 | 972-380-5748 | mshriro@singerlevick.com |
| Top 30 Creditor / Committee of Unsecured Creditors | Sophiea Kim | Property Manager for Cathy Lim | 4149 Freedom Ln. | | | Frisco | TX | 75033 | 213-718-4949 | | sophiea.jk@gmail.com |
| State Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | 803-734-3970 | 803-253-6283 | bankruptcy@scag.gov |
| Counsel to 3501 W. Segerstrom, LLC | Spencer Fane LLP | Eric M. Van Horn | 2200 Ross Ave., Suite 4800 West | | | Dallas | TX | 75201 | 214-750-3610 | 214-750-3612 | ericvanhorn@spencerfane.com |
| State Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | 615-741-3491 | 615-741-2009 | agattorneys@ag.tn.gov |
| State Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | 512-463-2100 | 512-475-2994 | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| United States Attorney's Office for the Northern District of Texas | Texas Northern District US Attorneys Office | Attn Bankruptcy Division | 1100 Commerce St Third Fl | | | Dallas | TX | 75242-1699 | 214-659-8600 | 214-659-8806 | |
| Counsel to the County of Loudoun, Virginia | The County of Loudoun, Virginia | Tina Estevao, Senior Assistant County Attorney | One Harrison Street, S.E., 5th Floor | P.O. Box 7000 | | Leesburg | VA | 20177-7000 | 703-777-0307 | 703-771-5025 | tina.estevao@loudoun.gov |
| Top 30 Creditor / Committee of Unsecured Creditors | The School of Practical Philosophy | Allan S. Moller, Member | 2 East 79th Street | | | New York | NY | 10075 | 877-744-5669 | | asm110@earthlink.net |
| Tennessee Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office Bankruptcy Division | | PO Box 20207 | | Nashville | TN | 37202-0207 | | | |
| Counsel to Travis County | Travis County | Delia Garza, Travis County Attorney | P.O. Box 1748 | | | Austin | TX | 78767 | 512-854-9092 | 512-854-9316 | Jason.Starks@traviscountytx.gov |

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|---|---|
| State Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | 801-538-9600 | 801-538-1121 | bankruptcy@agutah.gov |
| State Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | 802-828-3171 | | ago.info@vermont.gov |
| State Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | 360-753-6200 | | |
| Counsel to First-Citizens Bank & Trust Co. | Weintraub Tobin Chediak Coleman Grodin Law Corporation | David W. Creeggan | 400 Capitol Mall, 11th Floor | | | Sacramento | CA | 95814 | 916-558-6000 | 916-446-1611 | Dcreeggan@weintraub.com |
| State Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | 304-558-2021 | 304-558-0140 | consumer@wvago.gov |
| Counsel to Cosmic Education Americas | White & Case | Attn: Sam Kava | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | | Miami | FL | 33131 | | 305-358-5744; 305-358-5766 | Sam.kava@whitecase.com |
| Counsel to 214 E Allandale Beach LLC | Winstead PC | Annmarie Chiarello | 500 Winstead Building | 2728 N. Harwood Street | | Dallas | TX | 75201 | 214-745-5400 | 214-745-5390 | achiarello@winstead.com |
| State Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | 608-266-1221 | 608-294-2907 | dojbankruptcynoticegroup@doj.state.wi.us |

## Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| HIGHER GROUND EDUCATION, INC., *et al.*, | § | Case No. 25-80121 (MVL) |
|  | § |  |
| Reorganized Debtors.[1] | § | (Jointly Administered) |
|  | § |  |

**ORDER GRANTING THE MOTION
FOR (I) ENTRY OF FINAL DECREE AND ORDER
CLOSING AFFILIATE CHAPTER 11 CASES; (II) MODIFYING THE
CAPTION OF THE MAIN CASE; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Liquidating Trustee for entry of a final decree and

order (this "Order"): (a) approving the entry of a final decree closing the chapter 11 cases of each

of the affiliate debtors identified on **Schedule 1** to this Order (collectively, the "Affiliate Cases");

(b) providing that the chapter 11 case of Higher Ground Education, Inc., Case No. 25-80121

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://www.veritaglobal.net/higherground.  The Reorganized Debtors' service address for these chapter 11 cases is 1321 Upland Dr., PMB 20442, Houston, TX 77043.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(MVL) (the "<u>Main Case</u>"), shall remain open for purposes of resolving any outstanding matters in these chapter 11 cases; (c) modifying the case caption for the Main Case; and (d) granting related relief pursuant to section 350(a) of the Bankruptcy Code, rule 3022 of the Bankruptcy Rules, and rule 3022-1 of the Local Rules; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and Article 12.1 of the Plan; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.       The Motion is GRANTED as set forth herein.

2.       The Affiliate Cases listed on **<u>Schedule 1</u>**, attached hereto, are hereby closed effective as of the date hereof; *provided* that this Court shall retain jurisdiction as provided in the Plan, the Confirmation Order, and this Order.

3.       The Main Case shall remain open pending the entry of a final decree by this Court closing the Main Case.

4.       Claims asserted in the Affiliate Cases shall remain unaffected by entry of this Order. All Remaining Matters, whether they pertain to the Main Case or the Affiliate Cases,

4904-3469-6066

including claims adjudication and prosecution of causes of action, shall be filed, administered, and adjudicated in the Main Case without the need to reopen any of the Affiliate Cases.

5.      The Liquidating Trustee retains all rights to dispute, in this Court or in any appropriate bankruptcy or non-bankruptcy forum, any and all claims that were filed against the Debtors in these chapter 11 cases as contemplated by the Plan and the Confirmation Order.

6.      The Liquidating Trustee retains all rights with respect to any and all adversary proceedings and contested matters (or any other actions or proceedings whether ongoing or not yet commenced) regarding claims or causes of action retained by the Liquidating Trust, all of which may still be commenced, prosecuted, and determined, as applicable, according to the terms of the Plan.

7.      The Clerk of Court shall enter a final decree on the docket of each of the Affiliate Cases.  In addition, a notation shall be placed on the docket in each of the Affiliate Cases as follows: "This case is closed.  For any post-confirmation matters pertaining to this case, please refer to the docket of Higher Ground Education, Inc., Case No. 25-80121."

8.      The caption for Case No. 25-80121 (MVL) shall be modified as follows:

| | |
|---|---|
| | § |
| In re: | §   Chapter 11 |
| | § |
| HIGHER GROUND EDUCATION, INC.,[1] | §   Case No. 25-80121 (MVL) |
| | § |
|        Reorganized Debtor. | § |
| | § |

---

[1]   The last four digits of the Reorganized Debtor's federal tax identification number are 7265.  A complete list of each of the Reorganized Debtors whose claims are being administered in this chapter 11 case may be obtained on the website of the Reorganized Debtor's claims and noticing agent at https://www.veritaglobal.net/higherground.

9.      The Liquidating Trustee and Kurtzman Carson Consultants, LLC d/b/a Verita Global, the Debtors' claims and noticing agent, are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4904-3469-6066

10.     With respect to the Affiliate Cases, the Liquidating Trustee shall file all remaining U.S. Trustee quarterly reports and pay all required fees due and owing to the U.S. Trustee relating pursuant to 28 U.S.C. § 1930(a) as and when due.  The Liquidating Trustee shall not be obligated to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Affiliate Cases for any period after January 31, 2026.

11.     All further reporting concerning the administration of the assets and liabilities of the Debtors shall occur only in the Main Case.  Quarterly fees with respect to the Main Case shall continue to be paid as required pending entry of a final decree closing the Main Case.

12.     The requirement under Local Rule 3022-1 to file a final Post-Confirmation Report and Application for Final Decree with respect to the Affiliate Cases is hereby modified such that the Liquidating Trustee shall file such report with a motion to close the Main Case.

13.     This Order is without prejudice to any party's right to reopen any of the chapter 11 cases for cause.

14.     The Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

15.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

# # # END OF ORDER # # #

4904-3469-6066

Submitted by:

Jason S. Brookner (Texas Bar No. 24033684)
Aaron M. Kaufman (Texas Bar No. 24060067)
Amber M. Carson (Texas Bar No. 24075610)
Emily F. Shanks (Texas Bar No. 24110350)
**GRAY REED**
1601 Elm Street, Suite 4600
Dallas, TX 75201
Telephone:    (214) 954-4135
Facsimile:    (214) 953-1332
Email:        jbrookner@grayreed.com
              akaufman@grayreed.com
              acarson@grayreed.com
              eshanks@grayreed.com

*Counsel to John P. Madden,*
*Trustee of the HGE Liquidating Trust*

5

## Schedule 1

### Affiliate Cases

| Debtor | Case No. |
|---|---|
| Guidepost A LLC | 25-80122 |
| Prepared Montessorian LLC | 25-80123 |
| Terra Firma Services LLC | 25-80124 |
| Guidepost Birmingham LLC | 25-80125 |
| Guidepost Bradley Hills LLC | 25-80126 |
| Guidepost Branchburg LLC | 25-80127 |
| Guidepost Carmel LLC | 25-80128 |
| Guidepost FIC B LLC | 25-80129 |
| Guidepost FIC C LLC | 25-80130 |
| Guidepost Goodyear LLC | 25-80131 |
| Guidepost Las Colinas L | 25-80132 |
| Guidepost Leawood LLC | 25-80133 |
| Guidepost Muirfield Village LLC | 25-80134 |
| Guidepost Richardson LLC | 25-80135 |
| Guidepost South Riding, LLC | 25-80136 |
| Guidepost St. Robert LLC | 25-80137 |
| Guidepost The Woodlands LLC | 25-80138 |
| Guidepost Walled Lake LLC | 25-80139 |
| HGE FIC D LLC | 25-80140 |
| HGE FIC E LLC | 25-80141 |
| HGE FIC F LLC | 25-80142 |
| HGE FIC G LLC | 25-80143 |
| HGE FIC H LLC | 25-80144 |
| HGE FIC I LLC | 25-80145 |
| HGE FIC K LLC | 25-80146 |
| HGE FIC L LLC | 25-80147 |
| HGE FIC M LLC | 25-80148 |
| HGE FIC N LLC | 25-80149 |
| HGE FIC O LLC | 25-80150 |
| HGE FIC P LLC | 25-80151 |
| HGE FIC Q LLC | 25-80152 |
| HGE FIC R LLC | 25-80153 |
| LePort Emeryville LLC | 25-80154 |
| AltSchool II LLC | 25-80155 |